617 A.2d 1271

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**James E. HYATT, Petitioner.**

**COMMONWEALTH of Pennsylvania, Cross–Petitioner**

v.

**James E. HYATT, Respondent.**

Supreme Court of Pennsylvania.

Jan. 21, 1993.

# ORDER

PER CURIAM:

The Petition for Allowance of Appeal filed on behalf of James E. Hyatt is denied. The Commonwealth's Petition for Allowance of Appeal is granted and the order of the Superior Court, 401 Pa.Super. 14, 584 A.2d 956, is reversed and the judgment of sentence imposed by the Allegheny County Court of Common Pleas is reinstated. *See, Commonwealth v. Wilson*, 529 Pa. 268, 602 A.2d 1290 (1992).